IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| **RIO VERDE HOLDINGS LTD** | | **PLAINTIFF** |
| VS. | CASE NO. 4:21-cv-764-BRW | |
| **JAMES DAVID BURTON AND JEFFREY BURTON** | | **DEFENDANTS** |

### PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Rio Verde Holdings LTD ("Rio Verde"), states that it is a limited company validly existing pursuant to the laws of the United Kingdom. All of the issued and outstanding interests of Rio Verde are owned by RHI Energy, LLC ("RHI Energy"), a Texas limited liability company that has no parent corporation. No publicly held corporation owns 10% or more of the stock of either Rio Verde or RHI Energy.

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: mbarnes@wlj.com;
eberger@wlj.com; jfair@wlj.com

By _____
Michael D. Barnes (88071)
Eric Berger (2004210)
Jacob P. Fair (2015167)

*Attorneys for Rio Verde Holdings LTD*

2388411-v1