IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

RIO VERDE HOLDINGS LTD                                                    PLAINTIFF

VS.                             CASE NO. ___4:21-cv-00764-BRW___

JAMES DAVID BURTON AND
JEFFREY BURTON                                                          DEFENDANTS

## REPLEVIN N O T I C E

TO:    **JAMES DAVID BURTON and**
       **JEFFREY BURTON**

       **YOU ARE HEREBY NOTIFIED**: that plaintiff seeks an Order of Delivery
and Writ of Replevin of the property described in the complaint as follows:

- (8) Antminer S19 Pro 100T;
- (9) Goldshell CK5 12T;
- (5) Antminer S19 Pro 110T; and
- (30) Canaan Avalon 1166 74T.

(Referred to herein as the "Miners")

       **IF YOU HAVE ANY OBJECTION TO ENTRY OF THIS ORDER,
WHICH WILL REQUIRE YOU TO DELIVER THE MINERS, IT MUST BE
MADE IN THE FORM OF A WRITTEN RESPONSE FILED WITHIN FIVE (5)
DAYS OF SERVICE OF THE SUMMONS AND COMPLAINT, EXCLUDING
SUNDAYS AND LEGAL HOLIDAYS, WITH A COPY SERVED ON THE
PLAINTIFF'S ATTORNEY.  IN THE EVENT NO SUCH WRITTEN
RESPONSE IS FILED AND SERVED WITHIN THE FIVE-DAY PERIOD, AN
ORDER OF DELIVERY SHALL BE ISSUED.**

**TAMMY H. DOWNS**_____
United States District  Court ; Clerk

By:_____

Deputy Clerk

ᴿAUG **30** 2021

2388390-v1