## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
EASTERN District of Arkansas

Case Number: 4:21-CV-764-BRW

Plaintiff:
**RIO VERDE HOLDINGS LTD**
vs.
Defendant:
**JAMES DAVID BURTON AND JEFFERY BURTON**

For: Mr. Michael D. Barnes
WRIGHT, LINDSEY & JENNINGS LLP

Received by MYERS ATTORNEY'S SERVICE to be served on **JEFFERY BURTON, 5 PAMELA COURT, LITTLE ROCK, AR 72227**. I, Sammie Roberts, being duly sworn, depose and say that on the 30 day of August, 2021 at 2:43 p.m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, REPLEVIN NOTICE, COMPLAINT, EXHIBIT, NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE, PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT** in accordance with state statutes in the manner marked below:

(X) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _____ as _____, a member of the defendant's family at least 18 years of age where the defendant resides.

( ) PROXIMITY SERVICE: After making my purpose clear, I left the documents in the close proximity of the defendant by placing them _____ after he/she refused to receive them when I offered them to him/her.

( ) OTHER: _____

SERVICE COMPLETED AT: (X) ADDRESS ABOVE   ( ) OTHER LOCATION: _____

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

County of Pulaski

Subscribed and Sworn to before me on this 31 day of Aug, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

My commission expires: 4-7-31

PROCESS SERVER # 67
Appointed in accordance with State Statutes

MYERS ATTORNEY'S SERVICE
323 Center Street
Suite 1425
Little Rock, AR 72201
(501) 376-6266

Our Job Serial Number: 2021009988

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2a

*[Notary Seal: KELLY ROBERTSON, COMM. EXP. 4-07-2031, No. 12713950, PULASKI COUNTY, NOTARY PUBLIC - ARKANSAS]*

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
EASTERN District of Arkansas

Case Number: 4:21-CV-764-BRW

Plaintiff:
**RIO VERDE HOLDINGS LTD**
vs.
Defendant:
**JAMES DAVID BURTON AND JEFFERY BURTON**

For: Mr. Michael D. Barnes
WRIGHT, LINDSEY & JENNINGS LLP

Received by MYERS ATTORNEY'S SERVICE to be served on **JAMES DAVID BURTON, 350 JACKSON 259, NEWPORT, AR, 72112**. I, _JEFF KARLSON_, being duly sworn, depose and say that on the _30TH_ day of _AUGUST_, 20_21_ at _3:22_ P.m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, REPLEVIN NOTICE, COMPLAINT, EXHIBIT, NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE, PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _____ as _____, a member of the defendant's family at least 18 years of age where the defendant resides.

(X) PROXIMITY SERVICE: After making my purpose clear, I left the documents in the close proximity of the defendant by placing them _ON GROUND IN FRONT OF DOOR_ after he/she refused to receive them when I offered them to him/her.

( ) OTHER: _____

SERVICE COMPLETED AT: ( ) ADDRESS ABOVE    ( ) OTHER LOCATION: _____

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** AT FIRST NO ONE WOULD ANSWER THE DOOR SO I WAITED IN MY CAR. MINUTES LATER I SAW A MAN WALKING INSIDE THE HOUSE. I ATTEMPTED AGAIN BY KNOCKING ON FRONT DOOR. THE MAN CAME INTO VIEW AND BEGAN SHOUTING AT ME FROM INSIDE THE HOUSE STATING MY CAR IS IN HIS DRIVEWAY AND THAT I AM TRESPASSING. I HELD UP THE DOCUMENTS AND STATED MY IDENTITY AND MY PURPOSE TO SERVE THESE COURT DOCUMENTS TO THE DEFENDANT. THIS MAN WOULD NOT TELL ME HIS NAME OR ANSWER THE DOOR.

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

I WAS INSTRUCTED TO SERVE BY PROXIMITY.

County of _Pulaski_

Subscribed and Sworn to before me on this _31_ day of _Aug_ 20_21_ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

My commission expires: 4-7-31

[Notary Seal: KELLY ROBERTSON, COMM. EXP. 4-07-2031, No. 12713950, PULASKI COUNTY, NOTARY PUBLIC - ARKANSAS]

PROCESS SERVER # _____
Appointed in accordance with State Statutes

**MYERS ATTORNEY'S SERVICE**
323 Center Street
Suite 1425
Little Rock, AR 72201
(501) 376-6266

Our Job Serial Number: 2021009989

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2a