IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| **RIO VERDE HOLDINGS LTD,**<br>Plaintiff,<br><br>versus<br><br>**JAMES DAVID BURTON and JEFFREY BURTON**,<br>Defendants. | Case Number<br>4:21-cv-00764-BRW<br><br>RESPONSE<br>and<br>OBJECTION<br>By James David Burton<br>and Jeffrey Burton |

Defendants respond to the August 30, 2021 Replevin Notice with this objection to the entry of an order of delivery and writ of replevin of the property described in the notice; viz., 52 "Miners"-- (8) Antminer S19 Pro 100T, (9) Goldshell CK5 12T, (5) Antminer S19 Pro 110T, and (30) Canaan Avalon 1166 74T.

Defendants object to the entry of an order of delivery or writ of replevin.

Without waiving any rights, claims, or defenses, Defendants offer the following indications of its grounds for objecting to the entry of an order of delivery.

The affidavit of service filed by Plaintiff reflects insufficient service, and the Court, therefore, lacks personal jurisdiction over James David Burton. The process server claims to have served James David Burton by proximity. However, the process server did not identify Burton; instead, the process server identified a "man." In Arkansas, service by proximity requires that the defendant refuse service. Ark. R. Civ. P. 4(f)(1)(A). The process server could not serve James David Burton by serving an unidentified "man" by proximity.

Defendants have a lien on the Miners for unpaid rent.

Plaintiff has stated no facts supporting its claim that it owns the Miners; on the contrary, Warren Rogers at all times held himself out as an agent of Blockware Solutions, LLC, which describes itself as an industry leader in Bitcoin and cryptocurrency mining services including hardware procurement, and mining rig colocation, among other things.

An order of delivery would interfere with the Rules Enabling Act of 1934, 28 U.S.C. § 2072.

Defendants reserve the right to, and will, file an answer, counterclaim, and third-party complaint.

Defendants reserve all rights, claims, and defenses.

If Plaintiff files an affidavit for replevin, then Defendants request a hearing.

    Respectfully submitted,
    P. Drake Mann
    Arkansas Bar Number 87108
    Attorney for Defendants
    Gill Ragon Owen, P.A.
    425 West Capitol Avenue, Suite 3800
    Little Rock, Arkansas 72201
    Telephone: (501) 376-3800
    E-mail: mann@gill-law.com

By: /drake mann/
    Drake Mann, Ark. Bar No. 87108