## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF ARKANSAS

**RIO VERDE HOLDINGS LTD**                                    **PLAINTIFF**

**VS.**                         **CASE NO.** _____

**JAMES DAVID BURTON AND**
**JEFFREY BURTON**                                **DEFENDANTS**

### AFFIDAVIT

STATE OF TEXAS

COUNTY OF _Dallas_

  Rio Verde Holdings LTD ("Plaintiff"), by and through Plaintiff's authorized representative, states under oath:

  1. Plaintiff is the sole owner of 52 miners located at the Facility described in the complaint and more specifically described as follows:

- (8) Antminer S19 Pro 100T with a fair market value of approximately $88,000;

- (9) Goldshell CK5 12T with a fair market value of approximately $90,000;

- (5) Antminer S19 Pro 110T with a fair market value of approximately $60,000; and

- (30) Canaan Avalon 1166 74T with a fair market value of approximately $244,500.

(collectively, the "Miners").

2.     The fair market value of the Miners wrongfully detained by Defendants is in excess of $500,000.

3.     Plaintiff, as the owner of the Miners, is entitled to immediate possession of the Miners. However, Defendants are in possession of the Miners and refuse to turn them over to Plaintiff without payment of fees and alleged damages that are not owed to them.

4.     Defendants wrongfully possess the Miners.  Their right of possession having terminated upon the termination of the services agreement between Plaintiff and Defendants.  Plaintiff has not consented to Defendants continued possession of the Miners and has demanded—without success—that Defendants allow Plaintiff to retrieve them.

5.     To the best of my knowledge, information, and belief the Defendants continue to detain the Miners in order to mine digital coin for their own benefit and to compel the payment of fees and alleged damages that are not owed.

6.     Plaintiff has sustained losses since engaging with Defendants as more fully stated in the complaint.  For the detention alone, Plaintiff has lost at least $45,655 and losses continue to accrue at a rate of at least $1,985 per day.

7.     The Miners have not been taken for tax or for fine against Plaintiff or under order or judgment of a court against it, or seized under execution or attachment.

8.     This cause of action has accrued within three (3) years preceding the filing of the suit.

2

FURTHER AFFIANT SAYETH NOT.

Rio Verde Holdings LTD

By: _____

Date: _____8/25/2021_____

## **ACKNOWLEDGEMENT**

STATE OF TEXAS        )

COUNTY OF Dallas     )

On this 25th day of August 2021, before me, a Notary Public, personally appeared Warren Rogers an adult individual known to me, or identified by a proper form of government issued identification, and executed the foregoing instrument for the purposes herein contained by signing his name hereto.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____
Notary Public

My commission expires: ___10/4/2021___

KARLA FERNANDEZ
Notary ID #131304248
My Commission Expires
October 4, 2021