IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

**RIO VERDE HOLDINGS LTD**                                              **PLAINTIFF**

**VS.**                      **CASE NO. 4:21-cv-764-BRW**

**JAMES DAVID BURTON AND**
**JEFFREY BURTON**                                                     **DEFENDANTS**

## MOTION FOR HEARING

Plaintiff Rio Verde Holdings LTD, for its motion for hearing, states:

1. Plaintiff filed an action, including an action for replevin [Doc. No 1] against defendants James David Burton and Jeffrey Burton on August 27, 2021.

2. The Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a) because complete diversity of citizenship exists between the parties and the amount in controversy, exclusive of interest and costs, exceeds $75,000.

3. Among other things, this action seeks replevin of certain personal property owned by Plaintiff and being held by defendants. Rule 64 of the Federal Rules of Civil Procedure expressly contemplates a cause of action for replevin of personal property.

4. The Replevin Notice was issued on August 30, 2021. [Doc. No. 3].

5. Defendants filed their Response and Objection to the Replevin Notice on September 3, 2021 [Doc. No. 5]. Defendants' response requested a hearing.

6. The applicable replevin statute, Ark. Code Ann. § 18-60-808, provides that "[i]n the event a defendant files a written objection within the five-day period

2394692-v1

specified, the clerk shall, at the request of either party, set the matter for hearing before the circuit judge as promptly as the business of the judge shall permit."

7. Ark. Code Ann, § 18-60-808(c) provides: "At the hearing the judge shall proceed in the manner specified in § 18-60-806."

8. Plaintiff requests a hearing on the Replevin Notice at the Court's earliest opportunity, and further requests that the Court issue an Order of Delivery for the plaintiff's property specified in the Replevin Notice.

WHEREFORE, Plaintiff Rio Verde Holdings LTD requests that this motion be granted and for all other proper relief.

Michael D. Barnes (88071)
Eric Berger (2004210)
Jacob P. Fair (2015167)
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: mbarnes@wlj.com;
eberger@wlj.com; jfair@wlj.com

*Attorneys for Rio Verde Holdings LTD*
