IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| **RIO VERDE HOLDINGS LTD,**<br>Plaintiff,<br><br>versus<br><br>**JAMES DAVID BURTON and JEFFREY BURTON**,<br><br>Defendants. | Case Number<br>4:21-cv-00764-BRW<br><br>APPEARANCE OF COUNSEL |

To the clerk of court and all parties of record.

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for James David Burton and Jeffrey Burton.

Please take notice and be advised that all correspondence, pleadings or other matters should be directed to the address below.

Dated September 10, 2021.

        Respectfully submitted,
        P. Drake Mann
        Arkansas Bar Number 87108
        Attorney for Defendants
        Gill Ragon Owen, P.A.
        425 West Capitol Avenue, Suite 3800
        Little Rock, Arkansas 72201
        Telephone: (501) 376-3800
        E-mail: mann@gill-law.com

By: /drake mann/
     Drake Mann, Ark. Bar No. 87108