(Post. 07/06/2021)

# United States District Court
## *Eastern District of Arkansas*

Rio Verde Holdings LTD

## NOTICE

v.

James David Burton, et al

CASE NUMBER:  4:21-cv-00764-BRW

| TYPE OF CASE: | ☒ CIVIL | ☐ CRIMINAL |
|---|---|---|

☒ TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Richard Sheppard Arnold United States Courthouse<br>500 West Capitol<br>Little Rock, Arkansas  72201 | A401 |
|  | **DATE AND TIME**<br>September 15, 2021 at 1:30 p.m. |

**TYPE OF PROCEEDING**

Motion hearing: Replevin Notice

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | ROOM NO. | CONTINUED TO, DATE AND TIME |
|---|---|---|
| Richard Sheppard Arnold United States Courthouse<br>500 West Capitol<br>Little Rock, Arkansas  72201 |  |  |

Tammy H. Downs, CLERK

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

09/10/2021

DATE

Melanie Beard

(BY) DEPUTY CLERK

To: