## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
EASTERN District of Arkansas

Case Number: 4:21-CV-00764-BRW

Plaintiff:
**RIO VERDE HOLDINGS LTD**
vs.
Defendant:
**JAMES DAVID BURTON AND JEFFREY BURTON**

For: Mr. Michael D. Barnes
WRIGHT, LINDSEY & JENNINGS LLP

Received by MYERS ATTORNEY'S SERVICE to be served on **JAMES DAVID BURTON, 350 JACKSON 259, NEWPORT, AR 72112**. I, _JEFF KARLSON_, being duly sworn, depose and say that on the _8TH_ day of _SEPTEMBER_ 20_21_ at _1:12_ p.m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT REPLEVIN NOTICE, PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT, EXHIBIT** in accordance with state statutes in the manner marked below:

(✓) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _____ as _____, a member of the defendant's family at least 18 years of age where the defendant resides.

( ) PROXIMITY SERVICE: After making my purpose clear, I left the documents in the close proximity of the defendant by placing them _____ after he/she refused to receive them when I offered them to him/her.

( ) OTHER: _____

SERVICE COMPLETED AT: (✓) ADDRESS ABOVE    ( ) OTHER LOCATION: _____

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** AFTER ONE HOUR OF ATTEMPTING AND WAITING AT THIS ADDRESS, JAMES DAVID BURTON FINALLY OPENED THE FRONT DOOR WALKED TO MY VEHICLE AND ACCEPTED PERSONAL SERVICE.

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

County of _Pulaski_

Subscribed and Sworn to before me on this _9_ day of _Sept_ 20_21_ by the affiant who is personally known to me.

_Nita Melton_
NOTARY PUBLIC

My commission expires:
_6-2-2026_

[Notary Seal: NITA MELTON, COMM. EXP. 6-02-2026, #12707734, PULASKI COUNTY, NOTARY PUBLIC - ARKANSAS]

PROCESS SERVER # _____
Appointed in accordance with State Statutes

**MYERS ATTORNEY'S SERVICE**
323 Center Street
Suite 1425
Little Rock, AR 72201
(501) 376-6266

Our Job Serial Number: 2021010347

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2a