IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RIO VERDE HOLDINGS LTD,**                                                                 **PLAINTIFF**

v.                           Case No. 4:21CV00764 - BRW

**JAMES DAVID BURTON, AND**
**JEFFREY BURTON,**                                                                           **DEFENDANTS**

### INITIAL SCHEDULING ORDER

Pursuant to the initial appearance entered by defendant(s) in this case on September 10, 2021 the following deadlines and proposals are in effect:

**(1)  Rule 26(f) Conference Deadline:**            <u>**November 18, 2021**</u>

The parties are jointly responsible for holding their Rule 26(f) conference on or before the date specified.

**(2)  Rule 26(f) Report Due Date:**            <u>**December 2, 2021**</u>

Consult FRCP 26(f) and Local Rule 26.1 for information to be included in the Rule 26(f) Report. The Report should be filed with the Clerk of the Court.

**(3)  Proposed Trial Date:**            <u>**September 13, 2022**</u>
            <u>Richard Sheppard Arnold United</u>
            <u>States Courthouse, Courtroom</u>
            <u>#A401, 500 West Capitol, Little</u>
            <u>Rock, Arkansas 72201</u>

**(4)  Rule 16(b) Conference (if needed):**            **December 9, 2021**

A telephone conference, <u>at the request of the parties,</u> will be held **December 9, 2021**, if needed, to resolve any conflicts among the parties with deadlines, the proposed trial date, mandatory disclosures, etc. <u>If the parties can agree on all issues in the Rule 26(f) Report and the</u>

trial date proposed by the Court, then the telephone conference scheduled for **December 9, 2021** will be unnecessary.

**(5) Final Scheduling Order:** **December 16, 2021**

A Final Scheduling Order will be issued on or before **December 16, 2021**, confirming the trial date of **September 13, 2022**, setting directions, and resolving any disputes taken up at the telephone conference.

If the parties want a Protective Order entered, they must first contact the law clerk assigned to the case.

It will be the responsibility of the plaintiff to serve a copy of the Initial Scheduling Order on any defendant who makes an appearance after the Initial Scheduling Order has been filed.

It will be the responsibility of the party filing a new claim after the date of the Initial Scheduling Order to immediately serve a copy of the Initial Scheduling Order on new defendant(s).

IT IS SO ORDERED Monday, September 13, 2021.

AT THE DIRECTION OF THE COURT

Melanie Beard
Courtroom Deputy