(Post. 07/06/2021)

# United States District Court
## Eastern District of Arkansas

**AMENDED NOTICE**

Rio Verde Holdings LTD

v.

James David Burton, et al

CASE NUMBER: 4:21-cv-00764-BRW

| TYPE OF CASE: | ☒ CIVIL | ☐ CRIMINAL |
|---|---|---|

☒ TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Richard Sheppard Arnold United States Courthouse<br>500 West Capitol<br>Little Rock, Arkansas  72201 | A401 |
| | DATE AND TIME |
| | 09/15/2021 at *2:00 p.m. |

TYPE OF PROCEEDING

Motion Hearing- Replevin Motion

☑ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | ROOM NO. | CONTINUED TO, DATE AND TIME |
|---|---|---|
| Richard Sheppard Arnold United States Courthouse<br>500 West Capitol<br>Little Rock, Arkansas  72201 | A401 | 09/15/2021 at 2 p.m. |

Tammy H. Downs, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

09/13/2021
DATE

Melanie Beard
(BY) DEPUTY CLERK

To: