# CLERK'S MINUTES

Rio Verde Holdings
Plaintiff
    Repr by   Michael Barnes
            William Berger

Judge  Billy Roy Wilson
Reporter  Elaine Hinson
Courtroom Deputy  Melanie Beard
Date   09/15/2021

Case No.  4:21CV00764 BRW

v.

James Burton, et al
Defendant
    Repr by  Drake Mann
         Christopher Travis

Court Proceeding   Motion Hearing-Replevin Notice

Time:

2:05pm-Court in session and case called. Facts of case given by the Court.

Arguments made by Plaintiff. Response by Defendants. Rebuttal by Plaintiff.

2:30pm-Plaintiff calls witness-Warren Rogers. Sworn-direct and cross examinations held. PEx1-4 and DEx 1 (D1a-c) are admitted without objections.

3:12pm-recess for Court to review law. 3:45pm-back on the record.

Court overrules Defendants requests. Plaintiff's request is granted.

Defendants move to complete the entire process with a bond being set. Plaintiff objects. 3:55pm-Court takes recess to review law on bond issues.

4:08pm-Court back on the record and rules that no bond is required.

A bench trial is set for 9/13/2022 . Court is in recess at 4:10pm.