AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN   DISTRICT OF   ARKANSAS

RIO VERDE HOLDINGS
V.
JAMES BURTON, et al

**EXHIBIT AND WITNESS LIST**

Case Number: 4:21CV00764 BRW

| PRESIDING JUDGE<br>BILLY ROY WILSON | PLAINTIFF'S ATTORNEY<br>Michael Barnes & William Berger | DEFENDANT'S ATTORNEY<br>Drake Mann & Christopher Travis |
|---|---|---|
| TRIAL DATE (S)<br>09/15/2021 | COURT REPORTER<br>Elaine Hinson | COURTROOM DEPUTY<br>Melanie Beard |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|   |   |   | x | x | Witness-Warren Rogers |
| 1 |   | 9/15/2021 | x | x | Ad showing hosting in AR |
| 2 |   | 9/15/2021 | x | x | Invoices for miners supplied (5 pgs) |
| 3 |   | 9/15/2021 | x | x | Email to Jeffrey and James Burton |
| 4 |   | 9/15/2021 | x | x | Affidavit executed by Rio Verde Holdings |
|   | 1 | 9/15/2021 | x | x | Three part exhibit: |
|   | 1A | 9/15/2021 | x | x | Email from Plaintiff to Defendants |
|   | 1B | 9/15/2021 | x | x | Co-Location facilities agreement |
|   | 1C | 9/15/2021 | x | x | Modifications referred to in the email |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages