FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 21 2021

TAMMY H. DOWNS, CLERK
By:_____
                DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RIO VERDE HOLDINGS LTD            PLAINTIFF

VS.           CASE NO. 4:21-cv-764-BRW

JAMES DAVID BURTON AND
JEFFREY BURTON           DEFENDANTS

## ORDER OF DELIVERY

On August 27, 2021, Rio Verde Holdings LTD ("Plaintiff") filed its complaint in replevin against the defendants James David Burton and Jeffrey Burton (collectively, Defendants") seeking immediate possession of 52 digital-currency miners in Defendants' possession and located at a facility described by the municipal address: 2119 Malcolm Avenue, Newport, Arkansas 72112. The personal property sought is more particularly described as follows:

- (8) Antminer S19 Pro 100T with a fair market value of approximately $88,000;
- (9) Goldshell CK5 12T with a fair market value of approximately $90,000;
- (5) Antminer S19 Pro 110T with a fair market value of approximately $60,000; and
- (30) Canaan Avalon 1166 74T with a fair market value of approximately $244,500.

(collectively, the "Miners").

In accordance with Ark. Code Ann. § 18-60-801, *et seq.*, Defendants were personally served with the complaint, summons, and replevin notice issued by the Clerk. On September 3, 2021, Defendants filed an objection to the replevin notice and sought a hearing. [Doc No. 5]. A hearing under Ark. Code Ann. § 18-60-806 was set for September 15, 2021, by notice to the parties filed on September 10, 2021. [Doc No. 9]. At the hearing, Plaintiff appeared through

counsel and Warren Rogers, agent for Plaintiff, who provided testimony. Defendants appeared through their respective counsel. Jeffrey Burton was also present.

After considering the testimony, evidence, arguments of counsel, and other matters properly before the Court, the Court hereby finds that Plaintiff has met its burden of proof and is therefore entitled to the entry of this order for delivery. The Court finds that Plaintiff is the owner of the Miners, that the unsigned contract presented by Defendants and entered into evidence was simply a proposed contract, that that no security interest was created by the proposed contract, and that Ark. Code Ann. § 18-16-108 did not apply. Therefore, Defendants are hereby ordered to immediately arrange for the delivery of the Miners into the possession of Plaintiff without causing any damage thereto. If Defendants fail to immediately deliver the Miners to Plaintiff, the Jackson County Sheriff, or other authorized official, including a United States marshal or deputy marshal, is hereby directed to take possession of the Miners, wherever located, and deliver them to Plaintiff or Plaintiff's agent, and to use all reasonable force necessary to enter the premises to obtain the Miners. Because the Defendants have admitted that they do not own the Miners, and the Court finds that Defendants have no lien interest on the Miners, Plaintiff shall not be required to post any bond pursuant to Ark. Code Ann. § 18-60-812.

IT IS THEREFORE CONSIDERED, ORDERED, AND ADJUDGED that plaintiff Rio Verde Holdings LTD have and recover from the defendants, James David Burton and Jeffrey Burton, immediate possession of the Miners itemized in this Order, and the Defendants are ordered to cooperate in the safe delivery of the Miners to Plaintiff, including allowing Plaintiff or Plaintiff's agent to access the facility in order to safely disconnect the Miners, place them in appropriate containers, and remove them from the facility. It is further ordered that a bench trial on the merits will be held in this matter on September 13, 2022.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

_9-21-21_____
DATE

SUBMITTED BY:

Michael D. Barnes (88071)
Eric Berger (2004210)
Jacob P. Fair (2015167)
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: mbarnes@wlj.com; eberger@wlj.com; jfair@wlj.com

*Attorneys for Rio Verde Holdings LTD*

3