IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| **RIO VERDE HOLDINGS LTD,**<br>　　　　　　　　　　　Plaintiff,<br><br>versus<br><br>**JAMES DAVID BURTON and JEFFREY BURTON**,<br>　　　　　　　　　　　Defendants. | Case Number<br>4:21-cv-00764-BRW<br><br>MOTION TO BE PERMITTED TO WITHDRAW AS COUNSEL |

  Drake Mann, Christopher L. Travis, and Gill Ragon Owen, P.A., ("Counsel"), move to withdraw as counsel for James David Burton and state as follows:

  1. Pursuant to Local Rule 83.5(f), no attorney shall withdraw from an action or proceeding except by leave of Court after reasonable notice has been given to the client and opposing counsel.

  2. Counsel currently represents Defendants James David Burton and Jeffrey Burton.

  3. Conflicts have recently arisen and Defendant James David Burton has expressed the desire that Counsel not continue to represent him.

  4. Counsel must withdraw as counsel for James David Burton.

  5. The trial of this matter is set for a bench trial on September 13, 2022, initial discovery requests were served only three days ago, and James David Burton therefore has ample time to find successor counsel or to prepare this case by himself; James David Burton will, therefore, suffer no prejudice by the Court's granting this

1

motion.

6.Consistently with Arkansas Rule of Professional Conduct 1.16, withdrawal of counsel can be accomplished without material adverse effect on the interests of James David Burton, and representation has been rendered unreasonably difficult.

7.This motion is made in good faith and not for any improper purpose.

WHEREFORE, Drake Mann, Christopher L. Travis, and Gill Ragon Owen, P.A., respectfully request that this Court grant their Motion to Withdraw as Counsel for James David Burton, and for all other just and proper relief.

>Respectfully submitted,
>GILL RAGON OWEN, P.A.
>425 West Capitol Avenue, Suite 3800
>Little Rock, Arkansas 72201
>(501) 376-3800
>mann@gill-law.com
>By:/drake mann/
>Drake Mann, Ark. Bar No. 87108