IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

**RIO VERDE HOLDINGS LTD**                                                      **PLAINTIFF**

VS.                         CASE NO. 4:21-cv-00764-BRW

**JAMES DAVID BURTON AND**
**JEFFREY BURTON**                                                              **DEFENDANTS**

<u>**PLAINTIFF'S FIRST SET OF REQUESTS**
**FOR ADMISSIONS TO JAMES DAVID BURTON**</u>

Plaintiff, Rio Verde Holdings Ltd ("Plaintiff" or "Rio Verde") directs the following requests for admissions to defendant James David Burton ("you" or "Burton") pursuant to Rule 36 of the Federal Rules of Civil Procedure:

<u>**REQUEST FOR ADMISSION NO. 1**</u>:  Admit that you and your brother Jeffrey Burton (together, "Defendants") were in business together as co-owners of property for profit in 2021 with the purpose of providing services to digital currency miners.

<u>**REQUEST FOR ADMISSION NO. 2**</u>:  Admit that you have no signed agreement with Plaintiff that forms the basis of any of your claims in this matter.

<u>**REQUEST FOR ADMISSION NO. 3:**</u>  Admit that in June or July of 2021, you offered to provide colocation services to Plaintiff at 8.5 cents per kilowatt hour "all in" (being the total fee associated with providing space, power, and bandwidth to run mining machines) and Plaintiff accepted the offer.

1302606-v1

**EXHIBIT 1**

**REQUEST FOR ADMISSION NO. 4**:  Admit that the Defendants took possession of 52 miners owned by Plaintiff, which included the following:

- 8 Antminer S19 Pro 100Ts
- 9 Goldshell CK5 12Ts
- 5 Antminer S19 Pro 110Ts, and
- 30 Canaan Avalon 1166 74Ts

(hereafter, "Miners").

**REQUEST FOR ADMISSION NO. 5**:  Admit that the Defendants did not have sufficient infrastructure to host the Miners properly at the time the Miners were delivered.

**REQUEST FOR ADMISSION NO. 6**:  Admit that the Defendants were not able to service the Miners properly at the agreed rate.

**REQUEST FOR ADMISSION NO. 7**:  Admit that during July of 2021 you informed Plaintiff that the facility could not be made to properly support the Miners, that the Defendants could not comply with the terms of their agreement, and that Plaintiff should pick up the Miners.

**REQUEST FOR ADMISSION NO. 8**:  Admit that Defendants never invoiced Plaintiff for any services at 8.5 per kilowatt hour.

**REQUEST FOR ADMISSION NO. 9**:  Admit that Defendants never invoiced Plaintiff for any fees or costs associated with retrieving some of the Miners from Calvert City, Kentucky, and that Plaintiff had (and has) no basis to know the amount of any expenses thereby incurred.

**REQUEST FOR ADMISSION NO. 10**:  Admit that, through no fault of Plaintiff, Defendants never got the Miners up and running as intended.

**REQUEST FOR ADMISSION NO. 11**:  Admit that no digital currency was ever mined by the Miners to the benefit of Plaintiff during the period of time that the Defendants possessed the Miners.

**REQUEST FOR ADMISSION NO. 12**:  Admit that in August of 2021 Defendants changed their position and held the Miners hostage in an attempt to extract a payment from the Plaintiff.

**REQUEST FOR ADMISSION NO. 13**:  Admit that Plaintiff did not and does not owe any amounts to either Defendant.

**REQUEST FOR ADMISSION NO. 14**:  Admit that the Defendants wrongfully detained the Miners when they declined to allow Plaintiff to pick them up.

**REQUEST FOR ADMISSION NO. 15**:  Admit that Defendants' wrongful detention of the Miners was willful, malicious, and designed to cause Plaintiff to incur daily losses until Plaintiff succumbed to Defendants' extortive demands.

**REQUEST FOR ADMISSION NO. 16**:  Admit that all losses you allege in connection with this matter were proximately caused by your own fault and/or Defendants' inability to provide the services that they had agreed to provide.

**REQUEST FOR ADMISSION NO. 17**:  Admit that you got some of the Miners running intermittently and that you used those Miners to your benefit by collecting all proceeds from such mining activities into your digital wallet.

**REQUEST FOR ADMISSION NO. 18**:  Admit that neither Defendant ever had a possessory lien or any other lien on the Miners.

**REQUEST FOR ADMISSION NO. 19**:  Admit that neither Plaintiff nor Warren Rogers has ever made any misrepresentation of any material fact to you in connection with this case.

**REQUEST FOR ADMISSION NO. 20**:  Admit that the Defendants never provided any services of value to Plaintiff while the Miners were located at Defendants' facility.

        WRIGHT, LINDSEY & JENNINGS LLP
        200 West Capitol Avenue, Suite 2300
        Little Rock, Arkansas 72201-3699
        (501) 371-0808
        FAX: (501) 376-9442
        E-MAIL: mbarnes@wlj.com;
        eberger@wlj.com; jfair@wlj.com

By  /s/ Eric Berger
    Michael D. Barnes (88071)
    Eric Berger (2004210)
    Jacob P. Fair (2015167)
    *Attorneys for Rio Verde Holdings LTD*

CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2022, I served a copy of the foregoing requests via email and U.S. Mail, to the following:

P. Drake Mann
GILL RAGON OWEN, P.A.
425 West Capitol Avenue, Suite 3800
Little Rock, Arkansas 72201
(501) 376-3800
mann@gill-law.com

*Eric Berger* (signature)
Eric Berger