IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

**RIO VERDE HOLDINGS LTD**                                                                 **PLAINTIFF**

**VS.**                            **CASE NO. 4:21-cv-00764-BRW**

**JAMES DAVID BURTON AND**
**JEFFREY BURTON**                                                                          **DEFENDANTS**

**PLAINTIFF'S FIRST SET OF
INTERROGATORIES TO JAMES DAVID BURTON**

Plaintiff, Rio Verde Holdings Ltd ("Plaintiff" or "Rio Verde") requests that James David Burton ("you" or "Burton") answer the following interrogatories pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure:

**INSTRUCTIONS**

A. In answering these interrogatories, divulge complete information, regardless of whether it is known to you, your attorneys, employees, agents, investigators or other persons acting on your or their behalf.

B. If you produce any document in response to any of these interrogatories, you are instructed to indicate to which of the following numbered interrogatories the document is being produced in response. You may do so by referencing document numbers.

C. Whenever a document or group of documents is taken out of a file folder, file drawer, file box, or notebook, before the same is produced, attach thereto

2481752-v1

**EXHIBIT 2**

a copy of the label on the file folder, file box, or notebook from which the document or group of documents was removed.

  D. If any document requested has been lost or destroyed since its creation, identify the document, describe when, where, how, and by whom the document was lost or destroyed, and state the name of the person(s) who last had custody thereof.

  E. With respect to any documents withheld by you or your counsel on the belief that the documents or some portion thereof may be privileged, you or your counsel shall produce so much of each such document as does not contain any alleged privileged information and furnish a written statement setting forth as to each such document (or portion thereof):

   i. The name(s) of the author(s) of the document;

   ii. The name(s) of the sender(s) of the document;

   iii. The name(s) of the person(s) who received the document or to whom copies were sent or exhibited at any time;

   iv. The name(s) of all persons presently having possession of the document or copy thereof;

   v. A brief description of the nature and subject matter of the document; and

   vi. The privilege asserted and the statute, rule, decision, or other basis that is claimed to give rise to the privilege.

F.  The singular includes the plural number and vice versa.  The masculine includes the feminine and neuter genders.  The past tense includes the present tense where the clear meaning is not distorted by change of tense.

## INTERROGATORIES

INTERROGATORY NO. 1:  Identify every person who has knowledge of the factual basis for the allegations made in Plaintiff's complaint and/or your answer and counterclaim and summarize the facts about which he or she has knowledge. (The term "identify" in this context means to provide the person's full name, last known home and business addresses, home, cell and business telephone numbers, email addresses, and each person's relationship to you.)

INTERROGATORY NO. 2:  Identify every witness you will or may call to testify at the trial of this matter, and describe in detail the expected subject matter of his or her testimony.  (The term "identify" in this context means to provide the person's full name, last known home and business addresses, home, cell and business telephone numbers, email addresses, and each person's relationship to you.)

INTERROGATORY NO. 3:  Identify every person that you have engaged or intend to engage or retain as an expert witness in this case.

INTERROGATORY NO. 4:  Please describe all material facts that support any claim that you may have for alleged unpaid rent.

INTERROGATORY NO. 5:  Please describe all material facts that support or relate to your allegations in paragraph 35 of your answer, which asserts partial performance of a contract.

INTERROGATORY NO. 6:  If you contend that you provided colocation or other services that benefitted Plaintiff in any way, please describe the services and all material facts that support or relate to such contention and explain how your services benefitted Plaintiff in any way.

INTERROGATORY NO. 7:  If you contend that you had a verbal or written agreement with Plaintiff that relates to this case, provide a detailed description of when and where such agreement was created and recite all terms of such agreement.

INTERROGATORY NO. 8:  Please provide all material facts that support or relate to your allegations in paragraph 63 of your answer.

INTERROGATORY NO. 9:  Please provide all contact information that you have for John Conner and describe in detail all business relationships that you have or have had with Mr. Conner or any entity owned, controlled, or associated closely with Mr. Conner.

INTERROGATORY NO. 10:  If you contend that Plaintiff has been unjustly enriched by anything that you have done, please describe all material facts supporting such contention.

INTERROGATORY NO. 11:  If you claim any damages in connection with this matter, please provide an itemized calculation of all damages sought and a legal basis for each for each such item of damages.

INTERROGATORY NO. 12:  Itemize the digital coin that you have received in your digital wallet during the period of time that you possessed Plaintiff's digital currency miners.

INTERROGATORY NO. 13:  Please describe in detail your business relationship with your brother Jeffrey Burton in connection with the provision of colocation services and/or services related to digital currency mining.

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: mbarnes@wlj.com;
eberger@wlj.com; jfair@wlj.com

By  */s/ Eric Berger*
Michael D. Barnes (88071)
Eric Berger (2004210)
Jacob P. Fair (2015167)
*Attorneys for Rio Verde Holdings LTD*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 20, 2022, I served a copy of the foregoing interrogatories via email and U.S. Mail, to the following:

P. Drake Mann
GILL RAGON OWEN, P.A.
425 West Capitol Avenue, Suite 3800
Little Rock, Arkansas 72201
(501) 376-3800
mann@gill-law.com

_____
Eric Berger