# WRIGHT LINDSEY JENNINGS

200 West Capitol Avenue, Suite 2300 • Little Rock, AR 72201-3699 • Main 501.371.0808 • Fax 501.376.9442 • wlj.com

Michael D. Barnes
ATTORNEY

Direct: 501.212.1228 | mbarnes@wlj.com

January 20, 2022

*VIA EMAIL & U.S. MAIL*

P. Drake Mann | mann@gill-law.com
GILL RAGON OWEN, P.A.
425 West Capitol Avenue, Suite 3800
Little Rock, Arkansas 72201

Re:   Rio Verde Holdings LTD v James David Burton and Jeffrey
      U.S. District Court for the Eastern District of Arkansas
      Case No.: 4:21-cv-00764-BRW

Dear Drake:

Enclosed please find Plaintiffs First Set of Interrogatories, Requests for Production and Requests for Admission to Defendant James David Burton.

Cordially yours,

WRIGHT, LINDSEY & JENNINGS LLP

Michael D. Barnes

MDB/krg
Enclosures
cc:   Eric Burger

**EXHIBIT 4**

Wright, Lindsey & Jennings LLP

2483250-v1