IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

**RIO VERDE HOLDINGS LTD**                                                                                     **PLAINTIFF**

VS.                                 CASE NO. 4:21-cv-00764-BRW

**JAMES DAVID BURTON AND**
**JEFFREY BURTON**                                                                                              **DEFENDANTS**

### RIO VERDE HOLDINGS LTD'S LOCAL RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS

For its Local Rule 56.1 statement of undisputed material facts, Rio Verde Holdings Ltd ("Rio Verde") states:

1. Rio Verde initiated this diversity action on August 27, 2021, seeking to replevin 52 digital-currency miners ("Miners") in defendants' possession.  Doc. 1.

2. Arkansas law applies in this diversity action.

3. After a hearing conducted on September 15, 2021, the Court entered an Order of Delivery directing the defendants to return the digital-currency miners to Rio Verde.  Doc 17.

4. On September 20, 2021, defendants filed an answer that included a short 2-count counterclaim.  Doc. 16, p. 10.

5. Defendants' first count alleges in a conclusory manner that Rio Verde breached some unspecified contract with the defendants by failing to pay some unspecified amount.

6. Defendants have provided no evidentiary support for this count.

7. Defendants' second count alleges in a conclusory manner that Rio Verde was somehow unjustly enriched by services that defendants allegedly provided.

8. Defendants have provided no evidentiary support for this count.

9. Rio Verde served its First Set of Requests for Admissions to James David Burton on January 20, 2022.  Ex. 1,[1] Requests for Admissions.

10. No responses or objections to the Requests for Admissions have been served.

11. Fed. R. Civ. P 36(a)(3) provides that "[a] matter is admitted unless, within 30 days after being served, the party to whom the request is directed serves on the requesting party a written answer or objection addressed to the matter and signed by the party or its attorney."

12. James David Burton has admitted the matters stated in the Requests for Admissions

13. Mr. Burton admitted that Rio Verde did not and does not owe any amounts to either defendant.

14. Mr. Burton admitted that all losses he alleged in connection with this matter were proximately caused by his own fault and/or defendants' inability to provide the services that they had agreed to provide.

---

[1] All exhibits referenced in this brief were filed as attachments to the separate motion.

15. Mr. Burton admitted that the defendants never provided any services of value to Rio Verde while the Miners were located at defendants' facility.

16. Defendants agreed in the parties' Report of Rule 26(f) Conference that "[m]andatory disclosures will be made as required." Doc. 19, ¶1.

17. Defendants further agreed that that "mandatory disclosures…will be made by December 2, 2021." Doc 19, ¶2.

18. Neither defendant has provided support for the counterclaim in accordance with Fed. R. Civ. P. 26(a)(1).

19. Defendants have not identified any individual or witness that may "support [their] claims" as contemplated by Rule 26(a)(1)(A)(i).

20. Defendants have not provided a copy or description of any document or electronic information that may be used "to support [their] claims" as contemplated by Rule 26(a)(1)(A)(ii).

21. Defendants have not provided any "computation," categorization, or itemization of any claimed damages as contemplated by Rule 26(a)(1)(A)(iii).

22. James David Burton has not responded to Rio Verde's First Set of Interrogatories in accordance with Fed. R. Civ. P. 33(b).  Ex. 2, Interrogatories.

23. James David Burton has not responded to Rio Verde's First Set of Requests for Production in accordance with Fed. R. Civ. P. 34(b)(2).  Ex. 3, Requests for Production.

24. The Interrogatories, Requests for Production, and Requests for Admissions were properly served under the rules by U.S. Mail and email on January 20, 2022. Ex. 4, Cover letter.

                Michael D. Barnes (88071)
                Eric Berger (2004210)
                Jacob P. Fair (2015167)
                WRIGHT, LINDSEY & JENNINGS LLP
                200 West Capitol Avenue, Suite 2300
                Little Rock, AR 72201-3699
                Telephone: (501) 371-0808
                Facsimile:  (501) 376-9442
                mbarnes@wlj.com; eberger@wlj.com;
                jfair@wlj.com
                *Attorneys for Rio Verde Holdings LTD*

## CERTIFICATE OF SERVICE

On April 25, 2022, I certify that I served this document on Peter Drake Mann at his email address of record: mann@gill-law.com. The *pro se* defendants have neither notified the Clerk nor the other parties to this proceeding of any change in their addresses in accordance with Local Rule 5.5(c)(2). Therefore, I hereby certify that on April 25, 2022, I served this document upon defendants at their last-known and best-known mailing addresses and their last-known and best-known email addresses as follows:

James David Burton, Jr.
350 Jackson Hwy. 259
Newport, Arkansas 72112
jdavidburton@mac.com

Jeffery Burton
5 Pamela Court
Little Rock, Arkansas 72227
jeffburton@mac.com

      /s/Michael D. Barnes
     Michael D. Barnes