IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

RIO VERDE HOLDINGS LTD                                                  PLAINTIFF

VS.                CASE NO. 4:21-cv-00764-BRW

JAMES DAVID BURTON
AND JEFFREY BURTON                                        DEFENDANTS

## JOINT MOTION TO DISMISS WITH PREJUDICE

The parties state that they have settled and compromised their differences in the above-captioned matter and agree that the Court should dismiss the complaint of plaintiff Rio Verde Holdings LTD and the counterclaim of defendants James David Burton and Jeffrey Burton with prejudice, with each party to bear that party's own attorney's fees and costs.

                                         Michael D. Barnes (88071)
                                         WRIGHT, LINDSEY & JENNINGS LLP
                                         200 West Capitol Avenue, Suite 2300
                                         Little Rock, Arkansas 72201-3699
                                         (501) 371-0808
                                         FAX: (501) 376-9442
                                         *mbarnes@wlj.com*

                                         *Attorneys for Plaintiff Rio Verde Holdings*

2554654-v1

James David Burton, Jr.
350 Jackson Hwy. 259
Newport, Arkansas 72112
*jdavidburton@mac.com*

*[signature]*
James David Burton, Jr., *Pro Se Defendant*

Jeffery Burton
5 Pamela Court
Little Rock, Arkansas 72227
*jeffburton@mac.com*

*[signature]*
Jeffery Burton, *Pro Se Defendant*